STEVEN S. ALM
United States Attorney
District of Hawaii

ELLIOT ENOKI
First Assistant U.S. Attorney

THOMAS MUEHLECK
Assistant U.S. Attorney
Room 6100, PJKK Federal Bldg.
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone:  (808) 541-2850

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT CO
DISTRICT OF HAWAII

NOV 08 2000

at ____ o'clock and ____ min ____
WALTER A. Y. H. CHINN, CL

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. CR00-00441 HG |
| | ) | |
| Plaintiff, | ) | INDICTMENT |
| | ) | |
| v. | ) | [21 U.S.C. § 841(a)(1)] |
| | ) | |
| RAMON PARRA PEREZ, | ) | |
| aka "Hebert," | ) | |
| aka "Salomon Agilar," | ) | |
| | ) | |
| Defendant. | ) | |

INDICTMENT

COUNT 1

The Grand Jury charges that:

On or about October 18, 2000, in the District of Hawaii, the defendant RAMON PARRA PEREZ, aka "Hebert," aka Salomon Agilar," did knowingly and intentionally distribute approximately ten grams of heroin, a Schedule I controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1).

## COUNT 2

The Grand Jury further charges that:

On or about October 23, 2000, in the District of Hawaii, the defendant RAMON PARRA PEREZ, aka "Hebert," aka Salomon Agilar," did knowingly and intentionally distribute approximately ten grams of heroin, a Schedule I controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1).

## COUNT 3

The Grand Jury further charges that:

On or about October 25, 2000, in the District of Hawaii, the defendant RAMON PARRA PEREZ, aka "Hebert," aka Salomon Agilar," did knowingly and intentionally distribute approximately ten grams of heroin, a Schedule I controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1).

## COUNT 4

The Grand Jury further charges that:

On or about October 30, 2000, in the District of Hawaii, the defendant RAMON PARRA PEREZ, aka "Hebert," aka Salomon Agilar," did knowingly and intentionally distribute

approximately twelve grams of heroin, a Schedule I controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1).

## COUNT 5

The Grand Jury further charges that:

On or about November 5, 2000, in the District of Hawaii, the defendant RAMON PARRA PEREZ, aka "Hebert," aka Salomon Agilar," did knowingly and intentionally possess with intent to distribute approximately 33 grams of heroin, a Schedule I controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1).

DATED: _November 8, 2000_, at Honolulu, Hawaii.

A TRUE BILL

/S/
_____
FOREPERSON, GRAND JURY

_____
STEVEN S. ALM
United States Attorney
District of Hawaii

_____
ELLIOT ENOKI
First Assistant U.S. Attorney

_____
THOMAS MUEHLECK
Assistant U.S. Attorney